RECEIVED BY MAIL
DEC 28 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO.
ST. LOUIS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## _____ DIVISION

Seemiller

_____

(Enter above the full name of the Plaintiff[s] in this action.)

- vs -

Barack Obama and
Adrain Gives and
Veterans Affairs

_____

(Enter above the full name of ALL Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.

Case No. _____
(To be assigned by Clerk of District Court)

## COMPLAINT

I. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Worker Bill of Rights and Statutes. The above mention parties have violated Entire Bill of Rights as and Federal States as a Honor Worker.

II. Plaintiff, Paul G. Seemiller resides at 10706 Trask Dr., Dellwood St.Louis
   street address / city / county
   Missouri 63136, 314 5214544
   state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

Their was 100,000 Lady and 400,000 Men over there in

III. Defendant, Paul G. Seemiller lives at, or its business is located at 10706 Trask Dr., Dellwood, St.Louis,
   street address / city / county
   Missouri, 63136.
   state / zip code

(if more than one defendant, provide the same information for each defendant below)

Barack Obama, Pres.
Adrain Gives
Veterains Affairs,
Regional Officer
400 South 18th St.
St.Louis, Mo. 63103

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Now comes Paul G. Seemiller approximathy one ago I filed application form with the United States Military for Retirement Money pay and services pay, disability and benefits. One month later I was told to go to the Record Office on Page. I went to the Page Records Office and was meet by Barack Obama I need information about my a 214 Form. I explain to the world worst, I need a 214 form for the United States Military. He came back went in the Record office private and Classited in formation kept a billion arrest is not privelqe on excessive employed. He came to me and lied he could find record. That where all my peesonnel files are kept.

3

United States District Court
Eastern District of Missouri

Aabout one year ago I applied for my Veterant pay and disability and benefits. I went to Seven Hills Unemployment Office. They have two Veterant Office for Recurting the one Officer referred me. He said go to the Veterant Hospital on 367 Hwy. I got to the Veterant Hospital I saw Barack Obama. I got to the Veterant Hospital I seen Barack Obama, He took it on his own to be a criminal with me a billion arrested or so He can no way be a Honorary or Trustworthy Representive for Veterants I heard nothing but muder while I was the. He finally gave me an application after arguing for a half hour. I took the application home filled out. I feel and Laws states he cannot deny me over a peace paper I filled out a substitue for the 214 Barack Obama said, He couldn't find. His Criminal Lied and stay Lieing a direct and indirect Murder He stay Lieing to be a Crucified

2

It was about two months later I got a letter from Veterant Affairs Some form of denyal signed Matt Jordan Than a month later I recieved a letter another not sign Adrain Gives two months later. Aonother no shurb for no reasons. Adrain Gives manager Veterant Affairs I need a 214 Form. I filled a substutie Form out. The Veterans Office at Fort Leonard Wood should have more than enough. My flight 500,000 bombs Viemant Scoott Air Force Base they should have I wasnt a nome. They broke all my United States Constitutional Rights a billion arrest can no way be a Honorary and Trusterrothy. Murder is not for entire pppulation I work more than Extra & serviced. I went the Extra Mile even My Five Star General You can not get any stronger For the people I Father estimate Three million Vietman Con went Adgent orange by more than a Professional. I flu 500,000 flights ove Vietman. I feel I won the Congradanal Mental of Honon and The Mental of Courage.

3

I even did double duty while on my tour over sea. I sent over Ten years double duty at Vietnam I was over there twice Vietnam once in the United States Air Force I used ominopresent. The Other time at the same time in the United State Army in the ominopresent. I sent another Ten years at Scott Air Force Base I was There Once. My other ominopresent was at Fort Leonard Wood Thats Forty years 1980 been on Active duty every since

I like to talk a little bit about the IRS Barack Obama put them on me My taxes has double since Glenn's gone. I have no refuge to pay any more. He took it on his own to be a criminal with me. Take the one he can't find. He said he made over a million a year. I do not have any ung to shrup.

4

I can't no longer un He took all my Livelyhood. Take uns I should be a Travis of Justice. Take every shurb I should of Lost my Lively hood

I have no more to Report

I recommend a Total of 10 million dollar and a monthly Check 2,000.00 and benefits medical burrcal and entire benefits. I also recommend 100 years in prison

Sincerely Your
Paul H. Seemiller

V. Relief: State briefly and exactly what you want the Court to do for you.

I want the Court to Award 10 Million in back pay and Benefits. Wife was also there pregnant to be Award Pay and maturity benefits and pay

VI. **MONEY DAMAGES:**

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [✓]   NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

Additional 2 million dollars and My Monthly Retire and Disability, For being Murder on

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [✓]   NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this Dec day of ___27___, 20 11

Paul D. Seemiller
500,000 Vetrants
Signature of Plaintiff(s)

4